The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC. and DOES 1-5,<br><br>Defendants. | No. 2:15-cv-00851<br><br>ANSWER OF DEFENDANT EXPEDITORS INTERNATIONAL OF WASHINGTON, INC. |

COMES NOW defendant Expeditors International of Washington, Inc. ("Expeditors"), as and for its answer to plaintiff's Complaint for Cargo Damage, ("plaintiff's Complaint") and hereby responds, alleges and avers as follows:

1) Responding to paragraph 1 of plaintiff's Complaint, this paragraph contains allegations of jurisdiction that do not require a response from Expeditors. To the extent this paragraph's allegations do require a response from Expeditors, Expeditors denies the same.

2) Responding to paragraph 2 of plaintiff's Complaint, this paragraph contains allegations of venue that do not require a response from Expeditors. To the extent this paragraph's allegations do require a response from Expeditors, Expeditors denies the same.

ANSWER OF DEFENDANT EXPEDITORS
INTERNATIONAL OF WASHINGTON, INC. - 1
Case No. 2:15-cv-00851

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51449932.1

3) Responding to paragraph 3 of plaintiff's Complaint, Expeditors does not have sufficient information to admit or deny the allegations of this paragraph, and therefore denies the same.

4) Responding to paragraph 4 of plaintiff's Complaint, Expeditors admits it is corporation under the laws of Delaware with a principal office and place of business at the alleged address. Expeditors further admits it was and is engaged in business as a freight forwarder, broker, transportation intermediary and/or agent for other entities involved in the shipment of the product that is the subject of plaintiff's Complaint. Expeditors denies the remaining allegations of this paragraph.

5) Responding to paragraph 5 of plaintiff's Complaint, Expeditors does not have sufficient information to admit or deny the allegations of this paragraph, and therefore denies the same.

6) Responding to paragraph 6 of plaintiff's Complaint, Expeditors admits the allegations thereof.

7) Responding to paragraph 7 of plaintiff's Complaint, Expeditors does not have sufficient information to admit or deny the allegations of this paragraph, and therefore denies the same.

8) Responding to paragraph 8 of plaintiff's Complaint, Expeditors does not have sufficient information to admit or deny the allegations of this paragraph, and therefore denies the same.

9) Responding to paragraph 9 of plaintiff's Complaint, Expeditors denies the allegations thereof.

ANSWER OF DEFENDANT EXPEDITORS
INTERNATIONAL OF WASHINGTON, INC. - 2
Case No. 2:15-cv-00851

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

51449932.1

10) Responding to paragraph 10 of plaintiff's Complaint, Expeditors admits it issued to GE Medical Systems or its agent its house Air Waybill bearing number 4041519451 for carriage of goods from Chicago to Charles De Gaulle Airport in Paris, France. Expeditors denies the remaining allegations of this paragraph.

11) Responding to paragraph 11 of plaintiff's Complaint, Expeditors admits the allegations thereof.

12) Responding to paragraph 12 of plaintiff's Complaint, Expeditors incorporates herein its responses to the allegations of paragraphs 1 through 11 above as if fully stated herein.

13) Responding to paragraph 13 of plaintiff's Complaint, this paragraph consists of allegations of legal conclusions that do not require a response from Expeditors. To the extent such allegations do require a response from Expeditors, Expeditors denies the same. Expeditors specifically denies that it breached any duties, or that it is liable for any of plaintiff's alleged damages.

14) Responding to paragraph 14 of plaintiff's Complaint, Expeditors incorporates herein its responses to the allegations of paragraphs 1 through 13 above as if fully stated herein.

15) Responding to paragraph 15 of plaintiff's Complaint, this paragraph consists of allegations of legal conclusions that do not require a response from Expeditors. To the extent such allegations do require a response from Expeditors, Expeditors denies the same. Expeditors specifically denies that it breached any duties, or that it is liable for any of plaintiff's alleged damages.

Expeditors denies that plaintiff is entitled to any relief requested in its prayer.

ANSWER OF DEFENDANT EXPEDITORS
INTERNATIONAL OF WASHINGTON, INC. - 3
Case No. 2:15-cv-00851

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51449932.1

## AFFIRMATIVE DEFENSES

1) Plaintiff has failed to state acclaim for which relief may be granted.

2) Plaintiff's claim against Expeditors is time barred by one or more statutes of limitations as provided by contract, statute and/or treaty.

3) Plaintiff's claims against Expeditors are barred for plaintiff's failure to provide Expeditors timely notice of claim as provided by contract, statute and/or treaty.

4) The extent of Expeditors' liability to plaintiff, if any, is limited to a sum below the amount demanded as provided by contract, statute and/or treaty.

5) Plaintiff's alleged damages were caused, wholly or partially, by its own negligence, breach of contract and/or other wrongdoing.

6) Plaintiff's alleged damages, if any, were caused by the negligence, breach of contract, and/or other wrongdoing of one or more entities for which Expeditors is not responsible or liable.

7) Plaintiff has failed to fully mitigate its alleged damages.

WHEREFORE, Expeditors prays for relief as follows:

1) That plaintiff's Complaint be dismissed with prejudice and that plaintiff take nothing thereby;

2) For an award of Expeditors' costs and reasonable attorneys' fees incurred herein; and

3) For such other and further relief as the Court may deem just and proper.

//
//
//
//
//
//
//
//
//

ANSWER OF DEFENDANT EXPEDITORS
INTERNATIONAL OF WASHINGTON, INC. - 4
Case No. 2:15-cv-00851

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51449932.1

DATED this 4th day of June, 2015.

        *s/ Steven W. Block*
        Steven W. Block, WSBA No. 24299
        FOSTER PEPPER PLLC
        1111 Third Avenue, Suite 3400
        Seattle, Washington 98101-3299
        Telephone: (206) 447-4400
        Facsimile: (206) 447-9700
        Email: sblock@foster.com
        Attorneys for Defendant Expeditors
        International of Washington, Inc.

ANSWER OF DEFENDANT EXPEDITORS INTERNATIONAL OF WASHINGTON, INC. - 5
Case No. 2:15-cv-00851

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51449932.1

# CERTIFICATE OF SERVICE

I hereby certify service that on June 4, 2015, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system which will send notification to the counsel of record in this case:

**James F Whitehead, III**
2003 Western Avenue, Suite 330
Seattle, WA 98121
206-448-0100
206-448-2252 (fax)
jim@jfw-law.com
Attorneys for Plaintiff

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated June 4, 2015.

*s/ Steven W. Block*
Steven W. Block

ANSWER OF DEFENDANT EXPEDITORS
INTERNATIONAL OF WASHINGTON, INC. - 6
Case No. 2:15-cv-00851

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51449932.1