The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC. and DOES 1-5,<br><br>                    Defendants.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.,<br><br>                    Third-Party Plaintiff,<br><br>v.<br><br>CARGOLUX AIRLINES INTERNATIONAL S.A.,<br><br>                    Third-Party Defendant. | No. 2:15-cv-00851<br><br>DEFENDANT/THIRD-PARTY PLAINTIFF EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.' THIRD-PARTY COMPLAINT FOR INDEMNITY OR CONTRIBUTION |

COMES NOW defendant Expeditors International of Washington, Inc. ("Expeditors"), as and for its third-party complaint for indemnity or contribution, complaining of third-party defendant Cargolux Airlines International S.A. ("Cargolux"), and hereby alleges and avers as follows:

THIRD-PARTY COMPLAINT OF EXPEDITORS
INTERNATIONAL OF WASHINGTON, INC. - 1
Case No. 2:15-cv-00851

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

51450100.1

## Parties

1) Expeditors is a Delaware corporation with its principal place of business in Seattle, Washington, and is in the business, *inter alia*, of operating as an indirect air carrier as defined by 49 CFR §1540.5.

2) Cargolux is a Luxembourg company that regularly transacts and is licensed to do business in Washington, and is in the business, *inter alia*, of operating as a foreign air carrier as defined by 49 USC §40102(21).

## Jurisdiction and Venue

3) The Court has jurisdiction over the subject matter of this third-party complaint because the issues derive from the same the facts and circumstances alleged by plaintiff Indemnity Insurance Company of North America ("IICNA") in the primary action.

4) Venue is proper in this Court pursuant to 28 USC §1391 as alleged in IICNA's Complaint for Cargo Damage based on Expeditors' place of business, and because Cargolux regularly transacts business within this district.

## Allegations of Operative Fact

5) IICNA alleges in the primary action that its insured and subrogor, GE Medical Systems and/or GE Medical Systems SCS (CH Hospitalor), engaged Expeditors to arrange for air transportation of certain cargoes of medical equipment (the "Subject Cargo") from Chicago to Charles De Gaulle Airport in Paris France (the "Subject Shipment").

6) Expeditors booked transit of the Subject Shipment with Cargolux, and Cargolux provided air transportation and other services for the Subject Shipment pursuant to its Air Waybill No. 172-01734563, a copy of which is attached hereto and incorporated herein by this reference.

THIRD-PARTY COMPLAINT OF EXPEDITORS
INTERNATIONAL OF WASHINGTON, INC. - 2
Case No. 2:15-cv-00851

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51450100.1

7) IICNA alleges in the primary action that the Subject Cargo was delivered in damaged condition, and IICNA seeks recovery from Expeditors of damages resulting from such damage in the primary action.

8) If the Subject Cargo sustained damage during the Subject Shipment, then such damage resulted, wholly or partially, from the negligence, breach of contract or other wrongdoing of Cargolux.

## Cause of Action
## Indemnity or Contribution

9) Expeditors repeats and realleges the allegations of paragraphs 1 through 8 as if fully stated herein.

10) In the event Expeditors is adjudged liable to IICNA in the primary action for damage to the Subject Cargo, then Cargolux is liable to Expeditors for any sums awarded to IICNA against Expeditors under the doctrine of equitable indemnity.

11) In the event Expeditors is adjudged liable to IICNA in the primary action for damage to the Subject Cargo, then Cargolux is liable to Expeditors for a portion of sums awarded to IICNA against Expeditors under the doctrine of equitable contribution.

12) In the event Expeditors is adjudged liable to IICNA in the primary action for damage to the Subject Cargo, then Cargolux is liable to Expeditors for any sums awarded to IICNA against Expeditors under the doctrine of implied indemnity.

13) Cargolux is liable to Expeditors for Expeditors's costs and reasonable attorneys' fees incurred by Expeditors's defense of IICNA's primary action and Expeditors' prosecution of its third-party action against Cargolux.

WHEREFORE, Expeditors prays for relief as follows:

THIRD-PARTY COMPLAINT OF EXPEDITORS
INTERNATIONAL OF WASHINGTON, INC. - 3
Case No. 2:15-cv-00851

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

51450100.1

1) That in the event Expeditors is adjudged liable, wholly or partially, for the damages alleged by IICNA in the primary action as stated in its complaint, that Expeditors be awarded indemnity or contribution from Cargolux in amounts to be determined at trial;

2) For an award of Expeditors's costs and reasonable attorneys' fees incurred by its prosecution of this third-party action and its defense of IICNA's primary action; and

3) For such other and further relief as the Court may deem just and proper.

DATED this 4th day of June, 2015.

*s/ Steven W. Block*
Steven W. Block, WSBA No. 24299
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3400
Seattle, Washington 98101-3299
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: sblock@foster.com
Attorneys for Defendant Expeditors
International of Washington, Inc.

THIRD-PARTY COMPLAINT OF EXPEDITORS
INTERNATIONAL OF WASHINGTON, INC. - 4
Case No. 2:15-cv-00851

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51450100.1

## CERTIFICATE OF SERVICE

I hereby certify service that on June 4, 2015, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system which will send notification to the counsel of record in this case:

**James F Whitehead, III**
2003 Western Avenue , Suite 330
Seattle, WA 98121
206-448-0100
206-448-2252 (fax)
jim@jfw-law.com
Attorneys for Plaintiff

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated June 4, 2015.

*s/ Steven W. Block*
Steven W. Block

THIRD-PARTY COMPLAINT OF EXPEDITORS
INTERNATIONAL OF WASHINGTON, INC. - 5
Case No. 2:15-cv-00851

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51450100.1

| 172 ORD 01734563 | | 172-01734563 |
|---|---|---|
| Shipper's Name and Address | Shipper's Account Number | Not Negotiable |
| EXPEDITORS INTERNATIONAL OF WASH<br>849 THOMAS DR<br>EI-ORD EXPORT<br>BENSENVILLE IL 60106<br>U.S.A. | | **Air Waybill**<br>CARGOLUX AIRLINES INT. S.A<br>LUXEMBOURG L-2990<br>LUXEMBOURG |
| Consignee's Name and Address | Consignee's Account Number | Copies 1,2 and 3 of this Air Waybill are originals and have the same validity. |
| Expeditors Intl France, SAS<br>Parc des reflets - ZI Paris Nord II<br>Batiment A1 & A2 165 Avenue du Bois<br>95700 Roissy CEDEX<br>FRANCE | | It is agreed that the goods described herein are accepted in apparent good order and condition(except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required. |
| Issuing Carrier's Agent Name and City | ORD1266443 | Accounting Information |
| EXPEDITORS INTERNATIONAL OF WASH<br>BENSENVILLE IL<br>U.S.A. | | |
| Agent's IATA Code | Account No. | |
| 01-1-1853/0022 | | |

| Airport of Departure (Addr. of First Carrier) and Requested Routing | | | | | Reference Number | Optional Shipping Information |
|---|---|---|---|---|---|---|
| CHICAGO, IL | | | | | | |

| To | By First Carrier Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PPD / COLL | Other PPD / COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LUX | CV | CDG | CV | | | USD | | P / P | | N.V.D. | N.V.D. |

| Airport of Destination | Requested Flight/Date | | Amount of Insurance | INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance". |
|---|---|---|---|---|
| PARIS | CV7714/30 | CV8054/31 | NIL | |

Handling Information  PLEASE CONTACT CONSIGNEE AT 33 1 49 19 50 50 UPON ARRIVAL.

SCI

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Ultimate destination   Diversion contrary to U.S. law prohibited.

| No. of Pieces RCP | Gross Weight | kg/lb | Rate Class<br>Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (Incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 20 | 6295.5 | K | Q | 9959 | 0.10 | 995.90 | CONSOLIDATION AS PER ATTACHED MANIFEST |
| 20 | 6295.5 | | | | | 995.90 | |

| Prepaid | Weight Charge | Collect | Other Charges | 6.00 MYC | 7239.83 |
|---|---|---|---|---|---|
| 995.90 | | | | | |
| | Valuation Charge | | | | |
| | Tax | | | | |
| | Total Other Charges Due Agent | | Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations. **SHIPPER HEREBY CONSENTS TO A SEARCH OR INSPECTION OF THE CARGO PURSUANT TO 49 C.F.R. § 1548.9(b).** | | |
| 7245.83 | Total Other Charges Due Carrier | | | | |
| | | | KHIEM NGUYEN, AGENT | | |
| | | | Signature of Shipper or his Agent | | |
| Total Prepaid | Total Collect | | | | |
| 8241.73 | | | KHIEM NGUYEN, AGENT<br>29 May 2013 CHICAGO, ILLINOIS | | |
| Currency Conversion Rates | CC Charges In Dest. Currency | | Executed on (date)   at (place)   Signature of Issuing Carrier or its Agent | | |
| For Carriers Use only at Destination | Charges at Destination | Total Collect Charges | 172-01734563 | | |