UNITED STATES DISTRICT COURT OF THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>          Plaintiff(s),<br><br>v.<br><br>EXPEDITIORS INTERNATIONAL OF WASHINGTON. And DOES 1-5,<br><br>          Defendant(s). | NO. 15-CV-00851<br><br>AFFIDAVIT OF SERVICE |

STATE OF WASHINGTON    )
                                    ) SS.
COUNTY OF KING           )

        The undersigned, being first duly sworn, on oath deposes and says:

        1.      That affiant is now and at all times herein mentioned was a citizen of the United States and a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action and competent to be a witness therein.

        2.      That on June 5, 2015, at 3:15pm, at 505 Union Avenue SE, Ste 120, Olympia, Wa 98501 in Thurston County, Washington, affiant duly served the Third Party Summons, Third Party Complaint, and Answer in the above-entitled matter upon Cargolux Airlines

AFFIDAVIT OF SERVICE - 1]

International, S. A., by then and there personally delivering a true and correct copy thereof into the hands of CT Cororation System, it's registered agent, James Roberts accepting.

_____
Kevin J. Gearin King Co. Process Reg# 1216655

SUBSCRIBED AND SWORN TO before me this __9th___ day of June, 2015, by Kevin J. Gearin



_____
Signature of Notary

_____
Anthony Michael Cassino
Notary Public in and for the State of Washington
My commission expires: 12/28/2015_____

AFFIDAVIT OF SERVICE - 2]